**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

ENTRI LLC

      Plaintiff,                                 Civil Action No. 1:24-cv-00569-AJT-WEF

v.

GODADDY.COM, LLC

      Defendant.

## MOTION TO STRIKE APPEARANCE OF COUNSEL

John D. Perry and Mariam W. Tadros (collectively, the "Undersigned") move this Court to enter an order striking their appearances as counsel for Plaintiff Entri LLC ("Entri"). In support of this Motion, the Undersigned state as follows:

1. The Undersigned are counsel of record for Entri.

2. Entri, through its corporate representative, has informed the Undersigned that it no longer wishes to be represented by them and has retained substitute counsel at McGuireWoods, LLP.

3. On April 16, 2024, Garrett Hooe and Nicholas J. Giles of the law firm of McGuireWoods, LLP noted their appearances as counsel for Entri.

WHEREFORE, John D. Perry and Mariam W. Tadros respectfully request that this Court enter an order striking their appearances as counsel for Plaintiff Entri LLC.

Respectfully submitted,

/s/ John D. Perry
John D. Perry (VSB No. 95412)
Mariam W. Tadros (VSB No. 75502)
WOMBLE BOND DICKINSON (US) LLP
8350 Broad St., Suite 1500

Tysons, VA 22102
Tel: (703) 394-2207
john.d.perry@wbd-us.com
mariam.tadros@wbd-us.com