### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ENTRI LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>GODADDY.COM, LLC<br><br>    DEFENDANT. | C.A. No. 1:24-cv-00569-AJT-WEF |

### **ORDER**

Upon consideration of Defendant GoDaddy.com, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff Entri LLC's Complaint, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. GoDaddy.com, LLC shall answer or otherwise respond to the Complaint (ECF 1) on or before **July 11, 2024.**

DATED this 10th day of June, 2024.

                                              *William E. Fitzpatrick*
                                              The Honorable William E. Fitzpatrick
                                              United States Magistrate Judge