IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ENTRI LLC<br><br>       Plaintiff,<br>vs.<br><br>GODADDY.COM, LLC<br><br>       Defendant. | Case: 1:24-cv-00569-AJT-WEF |

**JOINT DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties conferred via videoconference on August 12, 2024, with follow-up communications via email. As a result of that conference and subsequent discussions, the parties respectfully submit this joint discovery plan.

**Initial Disclosures**

The parties will exchange initial disclosures, in the form required by Fed. R. Civ. P. 26(a), on August 26, 2024, subject to their continuing duty to supplement.

**Limitations on Discovery**

The parties have agreed to abide, in the first instance, by Fed. R. Civ. P. 30(a)(2)(A)(i)'s limitation of 10 depositions per party and the limitation of 30 interrogatories per party set in this Court's July 31, 2024 Scheduling Order (Doc. 49) ("Scheduling Order"), subject to the reserved right of any party to timely seek leave of Court to take additional depositions or serve additional interrogatories. The parties request that the Court expand the limit of 5 non-party, non-expert witness depositions set forth in the Scheduling Order to 10 non-party, non-expert witness depositions. The parties believe such an expansion is warranted given the nature of the allegations and claims at issue in this action.

**Schedule for Discovery**

The parties propose the following schedule, consistent with this Court's Scheduling Order:

| Event | Due Date |
| --- | --- |
| Parties file Proposed Protective Order and Joint Motion for Order Governing Production of Electronically Stored Information | August 19, 2024 |
| Substantial Completion of Document Production | October 15, 2024 |
| Disclosure of Experts under Fed. R. Civ. P. 26(a)(2) for any claim on which the serving party has the burden of proof, including any report required by Fed. R. Civ. P. 26(a)(2)(B) | November 8, 2024 |
| Disclosure of Rebuttal Experts and Reports | December 4, 2024 |
| Conclusion of Discovery | December 13, 2014 |

**Schedule of Other Pretrial Events**

The parties request that the Court modify the requirement in the Scheduling Order to file exhibit and witness lists on December 19, 2024, instead postponing that requirement to a later date. The parties propose that one week in advance of the Final Pretrial Conference, scheduled for December 19, 2024, the parties will submit a pretrial schedule to the Court covering the following events: (1) submission of motions pursuant to Fed. R. Civ. P. 56 and Fed. R. Evid. 702, with attendant briefing schedule; (2) submission of motions *in limine* and requests for related relief; (3) submission of witness and exhibit lists, and related pretrial filings (including jury instructions and pretrial briefs if desired); and (4) trial.

**Discovery of Electronically Stored Information**

The parties are negotiating a Joint Motion for Order Governing Production of Electronically Stored Information and will file that motion and proposed order by August 19, 2024.

**Protective Order**

The parties are negotiating a Joint Motion for Protective Order and will file that motion and proposed order by August 19, 2024.

**Methods of Service**

The parties have consented to service via email to all counsel of record of any papers that are required to be served but that are not automatically served via the Court's electronic filing system.

**Potential for Prompt Settlement/Resolution**

The parties do not believe there is a realistic prospective of early resolution of this case but anticipate revisiting this issue once substantial fact discovery has been completed.

**Trial Before the Magistrate Judge**

The parties do not consent to trial before the magistrate judge in this action.

| | |
|---|---|
| Dated: August 14, 2024 | Respectfully submitted, |
| */s/ Nicholas J. Giles* | */s/ Douglas J. Dixon* |
| Nicholas J. Giles (Va. Bar No. 86584) | Douglas J. Dixon (*pro hac vice*) |
| Garrett H. Hooe (Va. Bar No. 83983) | Andrew K. Walsh (*pro hac vice*) |
| W. Cole. Geddy (Va. Bar No. 93511) | Justin M. Greer (*pro hac vice*) |
| Joshua D. Wade (Va. Bar No. 92588) | Erik C. Savitt (*pro hac vice*) |
| Thomas C. Watson (*pro hac vice*) | HUESTON HENNIGAN LLP |
| MCGUIREWOODS LLP | 620 Newport Center Dr., Suite 1300 |
| Gateway Plaza | Newport Beach, CA 92660 |
| 800 East Canal Street | Tel.: (949) 229-8640 |
| Richmond, VA 23219 | Fax: (888) 866-4825 |
| Tel.: (804) 775-4760 | ddixon@hueston.com |
| Fax.: (804) 698-2040 | awalsh@hueston.com |
| ngiles@mcguirewoods.com | jgreer@hueston.com |
| ghooe@mcguirewoods.com | esavitt@hueston.com |
| cgeddy@mcguirewoods.com | |
| jwade@mcguirewoods.com | |
| twatson@mcguirewoods.com | */s/ Chad E. Kurtz* |
| | Chad E. Kurtz (Va. Bar No. 88863) |
| */s/ Kieran McCarthy* | COZEN O'CONNOR |
| Kieran McCarthy (*pro hac vice*) | 1200 19th Street NW, Suite 300 |
| McCARTHY LAW GROUP, LLC | Washington, D.C. 20036 |
| 224 W. Rainbow Boulevard #115 | Tel.: (202) 463-2521 |
| Salida, CO 81201 | Fax: (202) 640-5939 |
| Tel.: 720-635-5503 | ckurtz@cozen.com |
| kieran@mccarthylg.com | |
| | *Counsel for Defendant GoDaddy.com, LLC* |
| *Counsel for Plaintiff Entri, LLC* | |

## CERTIFICATE OF SERVICE

I certify that on the 14th day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

                                                                                 */s/ Joshua D. Wade*