UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ENTRI LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:24cv569 (AJT/WEF) |
| ) | |
| GODADDY.COM LLC, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**ORDER**

This matter is before the Court on Defendant GoDaddy.com LLC's ("GoDaddy") Motion for Protective Order (Dkt. 149) and Motion to Request Stipulated Briefing Schedule (Dkt. 153).

Upon consideration of the Motions and for the reasons stated in open court, it is hereby

**ORDERED** that GoDaddy's Motion for Protective Order (Dkt. 149) is **DENIED**; it is further

**ORDERED** that GoDaddy will produce all responsive Slack messages associated with custodians Aman Bhutani, Charles Beadnall, and Stacie Johnson, by **December 16, 2024**; it is further

**ORDERED** that a status conference in this matter will be held on **December 17, 2024 at 10:00 a.m.**; it is further

**ORDERED** that GoDaddy's Motion to Request Stipulated Briefing Schedule (Dkt. 153) is **GRANTED**. GoDaddy shall have up to and including December 6, 2024 to file their response to Plaintiff Entri's Motion to Dismiss GoDaddy.com LLC's Second and Third Counterclaims. Plaintiff shall have up to and including December 13, 2024 to file their reply on their Motion to

Dismiss. The hearing on Plaintiff's Motion to Dismiss remains set for December 18, 2024 before Senior District Judge Anthony Trenga.

**ENTERED** this 26th day of November, 2024.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia