IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ENTRI LLC, *Plaintiff*, v. GODADDY.COM, LLC, *Defendant*. | Civil Action No. 1:24-cv-00569 |

**MOTION TO SEAL UNREDACTED VERSION OF ENTRI LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS GODADDY.COM LLC'S SECOND AND THIRD COUNTERCLAIMS**

Plaintiff Entri LLC ("Entri"), by counsel and pursuant to Local Rule 5(C), moves this Court to seal the unredacted version of Entri's Reply in Support of Its Motion to Dismiss GoDaddy.com LLC's Second and Third Counterclaims filed on December 13, 2024, and grant all other relief it deems just and proper. The arguments in support of this motion are set forth in an accompanying memorandum.

Dated: December 13, 2024

Respectfully submitted,

*/s/ Nicholas J. Giles*
Nicholas J. Giles (Va. Bar No. 86584)
Garrett H. Hooe (Va. Bar No. 83983)
W. Cole. Geddy (Va. Bar No. 93511)
Joshua D. Wade (Va. Bar No. 92588)
Thomas C. Watson (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-4760
Fax.: (804) 698-2040
ngiles@mcguirewoods.com
ghooe@mcguirewoods.com

1

cgeddy@mcguirewoods.com
jwade@mcguirewoods.com
twatson@mcguirewoods.com
*Counsel for Plaintiff Entri LLC*

## **CERTIFICATE OF SERVICE**

I certify that on the 13th day of December, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

                                                         */s/ Nicholas J. Giles*