UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ENTRI, LLC,<br><br>    Plaintiff,<br>vs.<br><br>GODADDY.COM, LLC<br><br>    Defendant. | Case: 1:24-cv-00569-AJT-WEF |

**JOINT STIPULATION TO DISMISS CASE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

Plaintiff and Counter-defendant Entri, LLC ("Entri") and Defendant and Counter-plaintiff GoDaddy.com, LLC ("GoDaddy") (collectively, the "Parties"), by and through counsel of record, and being all current parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismiss their claims, including any counterclaims, with prejudice.

Each party shall bear its own costs, expenses, and fees.

Dated: February 24, 2025

/s/Nicholas J. Giles
Nicholas J. Giles (Va. Bar No. 86584)
Garrett H. Hooe (Va. Bar No. 83983)
W. Cole. Geddy (Va. Bar No. 93511)
Joshua D. Wade (Va. Bar No. 92588)
Thomas C. Watson (*pro hac vice* pending)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-4760
Fax.: (804) 698-2040
ngiles@mcguirewoods.com
ghooe@mcguirewoods.com
cgeddy@mcguirewoods.com
jwade@mcguirewoods.com
twatson@mcguirewoods.com

Respectfully submitted,

/s/ Douglas J. Dixon
Douglas J. Dixon (*pro hac vice*)
Andrew K. Walsh (*pro hac vice*)
Justin M. Greer (*pro hac vice*)
Erik C. Savitt (*pro hac vice*)
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Tel.: (949) 229-8640
Fax: (888) 866-4825
ddixon@hueston.com
awalsh@hueston.com
jgreer@hueston.com
esavitt@hueston.com

/s/ Chad E. Kurtz
Chad E. Kurtz (Va. Bar No. 88863)
COZEN O'CONNOR
2001 M St. NW, Suite 500
Washington, D.C. 20036
Tel.: (202) 463-2521
Fax: (202) 640-5939
ckurtz@cozen.com

*Counsel for Defendant GoDaddy.com, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on the 24th day of February, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

                                                   */s/ Chad E. Kurtz*
                                                   Chad E. Kurtz